B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stokes Excavating, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-1414780** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**14831 Chais Ct**<br>**Hinckley, IL**<br>ZIP Code **60520** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 4403**<br>**Aurora, IL**<br>ZIP Code **60507** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Stokes Excavating, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition | Name of Debtor(s): **Stokes Excavating, Inc.** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ G. Alexander McTavish**
Signature of Attorney for Debtor(s)

**G. Alexander McTavish**
Printed Name of Attorney for Debtor(s)

**Myler, Ruddy & McTavish**
Firm Name

**105 E. Galena Blvd.**
**8th Floor**
**Aurora, IL 60505**

Address

**amctavish@mrmlaw.com  cmyler@mrmlaw.com**
**630-897-8475  Fax: 630-897-8076**
Telephone Number

**September 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Danny Stokes**
Signature of Authorized Individual

**Danny Stokes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 28, 2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Stokes Excavating, Inc.** Case No.
Debtor(s) Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Directional Construction<br>558 Burnett Rd<br>Island Lake, IL 60042 | Directional Construction<br>558 Burnett Rd<br>Island Lake, IL 60042 | Goods and services | | 4,125.00 |
| Duggan Law Offices<br>181 South Lincolnway<br>North Aurora, IL 60542 | Duggan Law Offices<br>181 South Lincolnway<br>North Aurora, IL 60542 | Services | | 20,000.00 |
| Elmhurst Chicago Stone Co<br>PO Box 57<br>Elmhurst, IL 60126-0057 | Elmhurst Chicago Stone Co<br>PO Box 57<br>Elmhurst, IL 60126-0057 | Goods and services | | 8,027.00 |
| Feece Oil<br>1700 Hubbard<br>Batavia, IL 60510 | Feece Oil<br>1700 Hubbard<br>Batavia, IL 60510 | Goods and services | | 21,455.00 |
| Fox Valley Ford<br>208 Hansen Blvd.<br>North Aurora, IL 60542 | Fox Valley Ford<br>208 Hansen Blvd.<br>North Aurora, IL 60542 | Goods and services | | 13,595.00 |
| Geneva Construction Co<br>1350 N Aurora Ave<br>PO Box 998<br>Aurora, IL 60507 | Geneva Construction Co<br>1350 N Aurora Ave<br>PO Box 998<br>Aurora, IL 60507 | Goods and services | | 14,261.00 |
| Hinckley Concrete<br>540 W Lincoln<br>PO Box 1207<br>Hinckley, IL 60520 | Hinckley Concrete<br>540 W Lincoln<br>PO Box 1207<br>Hinckley, IL 60520 | Goods and services | | 13,135.00 |
| Illinois Truck & Equipment Rentals<br>320 Briscoe Dr<br>Morris, IL 60450 | Illinois Truck & Equipment Rentals<br>320 Briscoe Dr<br>Morris, IL 60450 | Services | | 8,400.00 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | All assets | Disputed | 47,154.00<br>(0.00 secured)<br>(370,000.00 senior lien) |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | All assets | Disputed | 89,186.50<br>(0.00 secured)<br>(370,000.00 senior lien) |

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Stokes Excavating, Inc.**      Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114-0326 | All assets | Disputed | 61,106.00 (0.00 secured) (370,000.00 senior lien) |
| J N Morcos Insurance Agency Ltd PO Box 98 Aurora, IL 60507 | J N Morcos Insurance Agency Ltd PO Box 98 Aurora, IL 60507 | Insurance | | 62,700.00 |
| Lafarge Conco Western Inc Dept CH 19393 Palatine, IL 60055-9393 | Lafarge Conco Western Inc Dept CH 19393 Palatine, IL 60055-9393 | Goods and services | | 15,078.00 |
| McCann Industries, Inc 543 S Rohlwing Rd Addison, IL 60101 | McCann Industries, Inc 543 S Rohlwing Rd Addison, IL 60101 | Goods and services | | 10,119.00 |
| Metropolitan Industries Inc 37 Forestwood Dr Romeoville, IL 60446 | Metropolitan Industries Inc 37 Forestwood Dr Romeoville, IL 60446 | Goods and services | | 54,686.00 |
| Mid American Water 1500 Mountain Aurora, IL 60505 | Mid American Water 1500 Mountain Aurora, IL 60505 | Goods and services | | 85,267.00 |
| Neenah Foundry Co PO Box 729 Neenah, WI 54957 | Neenah Foundry Co PO Box 729 Neenah, WI 54957 | Goods and services | | 6,390.00 |
| Recycling Wood Products, Inc | Recycling Wood Products, Inc | Accounts payable | | 171,416.00 |
| Tire Management 481 NE Industrial Dr Aurora, IL 60504 | Tire Management 481 NE Industrial Dr Aurora, IL 60504 | Goods and services | | 5,101.00 |
| West Side Tractor Sales Dept #4570 PO Box 87618 Chicago, IL 60680 | West Side Tractor Sales Dept #4570 PO Box 87618 Chicago, IL 60680 | Goods and services | | 9,482.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Stokes Excavating, Inc.**                                                                                          Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **September 28, 2010**                                    Signature  **/s/ Danny Stokes**

**Danny Stokes**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

American Express Optima
PO Box 0001
Los Angeles, CA 90096


Atlas Bobcat Inc
5050 N River Rd
Schiller Park, IL 60176


Axel & Equipment Sales Co.
1049 Paramount Pkwy.
Batavia, IL 60510


Bill Weirich Well Drilling
11092 Bastian Rd
Waterman, IL 60556


Bill's Repair Service
1998 Liberty St
Aurora, IL 60504


Butkey Rental
216 W Ogden Ave
Westmont, IL 60559


Butterfield Park Distriict


Carroll Distributing & Construction
205 S Iowa Ave
Ottumwa, IA 52501


Chicago Mack
7900 Bulldog Dr
Summit Argo, IL 60501


Chicago Tribune
777 W Chicago Ave
Chicago, IL 60610


Chihuahua Tire & Rims Inc.
1201 Aurora Ave
Aurora, IL 60505

City of Aurora
44 E Downer Pl
Aurora, IL 60505


Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001


Concrete Specialties
1375 Gifford Rd
Elgin, IL 60120


Curran Contracting Co
7502 S Main St
Crystal Lake, IL 60014


Custom Engine Service
204 Woodlawn Ave
Aurora, IL 60506


Directional Construction
558 Burnett Rd
Island Lake, IL 60042


Duggan Law Offices
181 South Lincolnway
North Aurora, IL 60542


DuPage Topsoil
PO Box 387
Wheaton, IL 60189


E D Etnyre & Co
1938 Paysphere Cir
Chicago, IL 60674


East Jordan Iron Works, Inc
310 Garnet Dr
New Lenox, IL 60451


Elmhurst Chicago Stone Co
PO Box 57
Elmhurst, IL 60126-0057

Feece Oil
1700 Hubbard
Batavia, IL 60510


Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093


Fox Valley Ford
208 Hansen Blvd.
North Aurora, IL 60542


Geneva Construction Co
1350 N Aurora Ave
PO Box 998
Aurora, IL 60507


Geo-Synthetics Inc
2401 Pewaukee Rd
Waukesha, WI 53188-6904


Godwin Pumps
1 Floodgate Rd
Bridgeport, NJ 08014


Hinckley Concrete
540 W Lincoln
PO Box 1207
Hinckley, IL 60520


Home Pages


Illinois Truck & Equipment Rentals
320 Briscoe Dr
Morris, IL 60450


Illinois Truck Equipment
320 Brisco Dr
Morris, IL 60450


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

International Union Operating


Intren Inc
18202 W Union Rd
Union, IL 60180


J N Morcos Insurance Agency Ltd
PO Box 98
Aurora, IL 60507


JoMar Telegrouting Inc
1914 Heather Ln
Joliet, IL 60431


Kane County Divn of Transportation
41W011 Burlington Rd
Saint Charles, IL 60175


Kendall County Concrete
695 Route 34
Aurora, IL 60504


Key Equipment
Payment Processing
PO Box 74713
Cleveland, OH 44194


Kriese Manufacturing Inc
231 N Juniper
Cortland, IL 60112


Lafarge Conco Western Inc
Dept CH 19393
Palatine, IL 60055-9393


Lafarge Elburn LLC
Dept CH 19393
Palatine, IL 60055-9393


LaSalle County Hiighway Department
1400 N 27th Rd
PO Box 128
Ottawa, IL 61350

Litgen Concrete Cutting & Co


Liturgical Publications Inc
PO Box 510817
New Berlin, WI 53151-0817


M/M Peters


McCann Industries, Inc
543 S Rohlwing Rd
Addison, IL 60101


McDowell Truck Parts
Route 34 & Route 71
PO Box 5
Oswego, IL 60543


Metro Reporting Services Ltd


Metropolitan Industries Inc
37 Forestwood Dr
Romeoville, IL 60446


Meyer Material Co
75 Remittance Dr, Ste 3115
Chicago, IL 60675-3115


Mid American Water
1500 Mountain
Aurora, IL 60505


MidAmerican Technology
110-H Kirland Cr
PO Box 781
Oswego, IL 60543


Midwest Chlorinating & Testing
420 S Western Ave
Bartlett, IL 60103

Midwest Ope Welfare Fund

Midwest Operating Apprentice Fund

Midwest Operating Pension Fund

Midwest Operating Ref Fund

Midwest Operators Vacation Fund

Motion Industries
1451 Aucutt Rd
Montgomery, IL 60538

Murphy & Associates
808 N Lake St
Aurora, IL 60506

Nationwide Life Insurance Co
PO Box 182150
Columbus, OH 43218-2150

Neenah Foundry Co
PO Box 729
Neenah, WI 54957

Nextel Communications
PO Box 4191
Carol Stream, IL 60197-6220

NICOR Gas
PO Box 585
Aurora, IL 60507

Old Second National Bank
37 S. River St.
Aurora, IL 60506-4172

R & J Construction Supply Co
1567 Frontenac Rd
Naperville, IL 60563


Randall Pressure Systems
1100 Commerce Dr
Geneva, IL 60134


Recycling Wood Products, Inc


Rental Max LLC
908 E Roosevelt Rd
Wheaton, IL 60187


Shell
Processing Center
PO Box 183018
Columbus, OH 43218


Stokes Sand & Gravel, Inc


Sunbelt Rentals
2211 Oakleaf St
Joliet, IL 60436


Superior Asphalt Materials
PO Box 998
Aurora, IL 60507


The Home Depot CRC/GECF
PO Box 6029
The Lakes, NV 88901


Tire Management
481 NE Industrial Dr
Aurora, IL 60504


US Diamond Wheel
PO Box 503942
Saint Louis, MO 63150-3942

```
Village of Winfield


Waste Management
PO Box 4648
Carol Stream, IL 60197


Weldstar
PO Box 1150
Aurora, IL 60507


West Bend Mutual
1900  S 18th St
West Bend, WI 53095


West Side Tractor Sales
Dept #4570
PO Box 87618
Chicago, IL 60680
```