# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | No. 10-74818 |
| **Stokes Excavating, Inc.**, | Judge Thomas M. Lynch |
| Debtor. | Hrg Date: February 27, 2013 @ 10:30 AM |
| | Rockford, Illinois |

## MOTION FOR FINAL DECREE AND ORDER CLOSING THE CASE

Stokes Excavating, Inc. (the "**Debtor**"), by its attorneys, G. Alexander McTavish and Myler, Ruddy & McTavish, pursuant to Fed. R. Bank. P. 3022 and Local Rule 3022-1, moves the Court for a final decree and order closing the case, and in support thereof, states as follows:

1. The order confirming the Debtor's Plan dated January 31, 2012, (the "**Plan**"), was entered on April 25, 2012 and is a final order of the Court.

2. Any deposits required by the Plan have been distributed.

3. Any property proposed by the Plan to be transferred has been transferred.

4. The status of payments due to each class of creditors and interests under the Plan, as of the date of this motion, is as follows:

(a) *Administrative Claims*:    All administrative claims are paid with the exception of the fees of the Debtor's attorneys. Counsel for the Debtor filed its final fee

application within the time limit set by the Plan and the fees and expenses were approved on July 18, 2012. The bar date for filing any other administrative claim was May 31, 2012, and no other administrative claim was filed by the bar date.

(b) *Priority and Secured Tax Claims*: Payment of the priority and secured tax claims of the Internal Revenue Service has commenced in accordance with the Plan.

(c) *Secured Claims of Old Second National Bank of Aurora (Class A-1 and A-2)*: Payment of the secured claims of the Old Second National Bank of Aurora has begun and the Debtor is current.

(d) *Priority Non-Tax Claims (Class B)*:   Priority non-tax claims have either been paid in full or are being paid in accordance with agreements between the Debtor and the creditor.

(e) *Unsecured Claims (Class C)*:   Payment of unsecured claims under the Plan does not begin until March 15, 2013.

(f) *Administrative Convenience Class Claims (Class D)*: Payment of administrative convenience class claims is not due until March 15, 2013.

(g) All objections filed by the Debtor to the claims of creditors have been resolved. All other litigation, motions, contested matters, or adversary proceedings by or against the Debtor have been finally resolved.

(h) All fees due to the office of the United States trustee pursuant to 11 U.S.C. § 1930 have been paid or will be paid at the hearing on the final decree.

(i)  The Debtor has given notice to all creditors and parties in interest of the hearing on this motion. A copy of the certificate of service is attached.

WHEREFORE, the Debtor asks that the Court enter the proposed order attached.

          STOKES EXCAVATING INC.

          s/ G. Alexander McTavish
          Myler, Ruddy & McTavish
          ARDC No. 1871013
          105 E. Galena Blvd, Suite 800
          Aurora, IL 60505
          630-897-8475
          630-897-8076 (fax)