# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | No. 10-74818 |
| **Stokes Excavating, Inc.**, | Judge Thomas M. Lynch |
| Debtor. | Hrg Date: February 27, 2013 @ 10:30 AM |
| | Rockford, Illinois |

## NOTICE OF MOTION FOR FINAL DECREE
## AND ORDER CLOSING THE CASE

To: The Debtor, U.S. Trustee and all other parties in interest on the attached service list

The Debtor's Plan dated January 31, 2012 (the "**Plan**") was confirmed on April 25, 2012. The Debtor has commenced payments under the Plan and has filed a motion under 11 U.S.C. § 350(a) and Fed. R. of Bankr. P. 3022 for the entry of a final decree and order closing the Chapter 11 case (the "**Motion**").

The Motion, along with any other documents in this case are on file with the clerk of the bankruptcy court. Objections or responses to the Motion, if any, must be made in writing and filed with the United States Bankruptcy Court for the Northern District of Illinois, 327 S. Church St., Rockford, IL 61101 on or before February 26, 2013 at 4:00 PM. At the same time you must also serve a copy of the objection or response upon the undersigned counsel for the Debtor.

YOU ARE HEREBY NOTIFIED that a hearing on the Motion will be held on February 27, 2013, at 10:30 a.m. before the Honorable Thomas M. Lynch, in the U.S. Bankruptcy Court, 327 S. Church St., Rockford, IL 61101, courtroom 3100, at which time you may appear if you so deem fit. If you fail to respond or object in accordance with this notice, the court may grant the

relief requested in the Motion without further notice or hearing.

  DATED: February 18, 2013.

               s/ G. Alexander McTavish

               Myler, Ruddy & McTavish
               105 E. Galena Blvd., Suite 800
               Aurora, IL 60505
               630-897-8475
               630-897-8076 (fax)
               alexmctavish@mrmlaw.com

## SERVICE LIST
(All)

### VIA ECF NOTICE TO REGISTRANTS

| | | |
|---|---|---|
| Kara R Eisen<br>office@dbb-law.com | Steven L Nelson<br>snelson@snyderpark.com | Mark J Rose<br>mjroseesq@aol.com |
| John C Ruddy<br>jruddy@rmklawfirm.com | Cecilia M Scanlon<br>cscanlon@baumsigman.com | Bradley J Waller<br>bwaller@ksbwl.com |
| Patrick S Layng<br>USTPRegion11.MD.ECF@usdoj.gov | | Josiah A Groff<br>efile@dbb-law.com |
| Michele M Reynolds<br>efile@dbb-law.com | Craig C Westfall<br>firm@nigrowestfall.com | Jennifer L. Dunitz-Geiringer<br>jdunitz.geiringer@baumsigman.com |
| Elizabeth A LaRose<br>elarose@local150.org | Ian K Linnabary<br>ikl@renozahm.com | Steven L Nelson<br>snelson@snyderpark.com |

### VIA US MAIL

| | | |
|---|---|---|
| American Express Optima<br>PO Box 0001<br>Los Angeles, CA 90096 | Atlas Bobcat Inc<br>5050 N River Rd<br>Schiller Park, IL 60176 | Axel & Equipment Sales Co.<br>1049 Paramount Pkwy.<br>Batavia, IL 60510 |
| Bill Weirich Well Drilling<br>11092 Bastian Rd<br>Waterman, IL 60556 | Bill's Repair Service<br>1998 Liberty St<br>Aurora, IL 60504 | Butkey Rental<br>216 W Ogden Ave<br>Westmont, IL 60559 |
| Butterfield Park District<br>21W730 Butterfield Rd<br>Lombard, IL 60148 | Carroll Distributing &<br>Construction<br>205 S Iowa Ave<br>Ottumwa, IA 52501 | Chicago Mack<br>7900 Bulldog Dr<br>Summit Argo, IL 60501 |
| Chicago Tribune<br>777 W Chicago Ave<br>Chicago, IL 60610 | Chihuahua Tire & Rims Inc.<br>1201 Aurora Ave<br>Aurora, IL 60505 | City of Aurora<br>44 E Downer Pl<br>Aurora, IL 60505 |
| Concrete Specialties<br>1375 Gifford Rd<br>Elgin, IL 60120 | Duggan Law Offices<br>181 S Lincoln Way<br>North Aurora Illinois 60542 | Elmhurst Chicago Stone Co<br>PO Box 57<br>Elmhurst, IL 60126-0057 |
| Curran Contracting<br>286 Memorial Ct<br>Crystal Lake, IL 60014 | Curran Contracting Co<br>7502 S Main St<br>Crystal Lake, IL 60014 | Directional Construction<br>558 Burnett Rd<br>Island Lake, IL 60042 |
| DuPage Topsoil<br>PO Box 387<br>Wheaton, IL 60189 | E D Etnyre & Co<br>1333 Daysville Rd<br>Oregon, IL 61061 | East Jordan Iron Works, Inc<br>310 Garnet Dr<br>New Lenox, IL 60451 |

Feece Oil
1700 Hubbard
Batavia, IL 60510

Ford Credit
PO Box 790093
Saint Louis, MO 63179-0093

Fox Valley & Vicinity
Health & Welfare & Pension
Funds
75 Remittance Dr, Suite 1504
Chicago, IL 60675

Fox Vly & Vicinity Laborers
Health & Welfare & Pension
Funds
2400 Big Timber Rd, 206B
Elgin, IL 60124

Fox Valley Ford
208 Hansen Blvd.
North Aurora, IL 60542

Fox Valley Laborers
75 Remittance Dr
Chicago, IL 60675-1504

Geneva Construction Co
1350 N Aurora Ave
PO Box 998
Aurora, IL 60507

JoMar Telegrouting, Inc
1914 Heather Ln
Joliet, IL 60431

Geo-Synthetics Inc
2401 Pewaukee Rd
Waukesha, WI 53188-6904

Godwin Pumps
1 Floodgate Rd
Bridgeport, NJ 08014

Hinckley Concrete
540 W Lincoln
PO Box 1207
Hinckley, IL 60520

Illinois Truck & Equipment
Rentals
320 Briscoe Dr
Morris, IL 60450

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

International Union Operating
6200 Joliet Rd
Countryside, IL 60525

Metropolitan Industries Inc
37 Forestwood Dr
Romeoville, IL 60446

J N Morcos Ins Agency Ltd
PO Box 98
Aurora, IL 60507

J.N.R. Adjustment Co., Inc.
P.O. Box 27070
Minneapolis, MN 55427

Kane County Divn of
Transportation
41W011 Burlington Rd
Saint Charles, IL 60175

Key Equipment
Payment Processing
PO Box 74713
Cleveland, OH 44194

Kriese Manufacturing Inc
231 N Juniper
Cortland, IL 60112

Lafarge Conco Western Inc
Dept CH 19393
Palatine, IL 60055-9393

Lafarge Elburn LLC
Dept CH 19393
Palatine, IL 60055-9393

Lee Jensen Sales
101 W Terra Cotta Ave
Crystal Lake, IL 60014

Litgen Concrete Cutting & Co
1020 Nerge Rd
Elk Grove Village, IL 60007

Liturgical Publications Inc
PO Box 510817
New Berlin, WI 53151-0817

M/M Peters
178 S. Western Ave.
Aurora, IL 60506

McCann Industries, Inc
543 S Rohlwing Rd
Addison, IL 60101

McDowell Truck Parts
Route 34 & Route 71
PO Box 5
Oswego, IL 60543

Meyer Material Co
75 Remittance Dr, Ste 3115
Chicago, IL 60675-3115

Mid American Water
1500 Mountain
Aurora, IL 60505

| | | |
|---|---|---|
| MidAmerican Technology<br>110-H Kirland Cr<br>PO Box 781<br>Oswego, IL 60543 | Midwest Chlorinating & Testing<br>420 S Western Ave<br>Bartlett, IL 60103 | Motion Industries<br>1451 Aucutt Rd<br>Montgomery, IL 60538 |
| Murphy & Associates<br>808 N Lake St<br>Aurora, IL 60506 | Nationwide Life Insurance Co<br>PO Box 182150<br>Columbus, OH 43218-2150 | Neenah Foundry Co<br>PO Box 729<br>Neenah, WI 54957 |
| NICOR Gas<br>PO Box 585<br>Aurora, IL 60507 | Old Second National Bank<br>37 S. River St.<br>Aurora, IL 60506-4172 | Recycling Wood Products, Inc<br>P.O. Box 5675<br>Aurora, IL 60507 |
| Positioning Solutions<br>PO Box 496<br>Niles, MI 49120 | R & J Constr Supply Co<br>1567 Frontenac Rd<br>Naperville, IL 60563 | Randall Pressure Systems<br>1100 Commerce Dr<br>Geneva, IL 60134 |
| Rental Max LLC<br>908 E Roosevelt Rd<br>Wheaton, IL 60187 | Schramm Construction<br>3520 Swenson Ave<br>Saint Charles, IL 60174 | Shell<br>Processing Center<br>PO Box 183018<br>Columbus, OH 43218 |
| Sigalos & Assoc<br>915 Hawthorn Dr<br>Itasca, IL 60143 | Stokes Sand & Gravel, Inc<br>P.O. Box 1247<br>Hinckley, IL 60520 | Superior Asphalt Materials<br>PO Box 998<br>Aurora, IL 60507 |
| The Home Depot CRC/GECF<br>PO Box 6029<br>The Lakes, NV 88901 | US Diamond Wheel<br>PO Box 503942<br>Saint Louis, MO 63150-3942 | Village of Winfield<br>27W465 Jewel Rd<br>Winfield, IL 60190 |
| Waste Management<br>PO Box 4648<br>Carol Stream, IL 60197 | Weldstar<br>PO Box 1150<br>Aurora, IL 60507 | West Bend Mutual<br>1900 S 18th St<br>West Bend, WI 53095 |
| West Side Tractor Sales<br>Dept #4570<br>PO Box 87618<br>Chicago, IL 60680 | Sunbelt Rentals<br>2211 Oakleaf St<br>Joliet, IL 60436 | Tire Management<br>481 NE Industrial Dr<br>Aurora, IL 60504 |